# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

FILED - USDC - NDTX - AB
NOV 9 2023 AM 9:42

Cathy Lynn Johnson
Plaintiff

v.

Mrs. Sharli Powell Rogers
Defendant

Civil Action No. 1-23CV-0216H

**COMPLAINT**

requesting a court hearing and date of regards of negelence, mail fraud, sexual Harrassment of the real Johnsons family members of Debby, Karl, Essence, Karl Johnson, Junior, also fields family for a wavier to hide accidental innocendents through the military to hide out deaths through the organization through Monks, Bogies, United Way, Betty Hardwick, Salvation Army, Postal services, Hendricks hospital and medical center nieces Daughter to mostold Norah, DHS office for unlawful right of guardianship of Debby, essence, Karl, Karl myself

Abilene Police Department, Child Protective services and
Miami Police Department, Child support Divison

* Attach additional pages as needed.

Date: 11-8-23

Signature: Johnson

Print Name: Cathy Lynn Johnson

Address: 333 Hickory St. Homeless

City, State, Zip: Abilene, TX 79602

Telephone: N/A