UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

CATHY LYNN JOHNSON,

    Plaintiff,

v.

SHARLI POWER ROGERS,

    Defendant.

No. 1:23-CV-216-H-BU

**ORDER**

    The United States Magistrate Judge issued Findings, Conclusions, and a Recommendation (FCR) that the plaintiff's claims be dismissed for lack of subject-matter jurisdiction or alternatively, as frivolous and for failure to state a claim. Dkt. No. 11. The FCR determined that Johnson's complaint and subsequent filings provided no indication of a federal claim, and she has not attempted to allege the citizenship of the parties. *Id.* at 6. Moreover, the FCR concluded that "there is no amount of liberal construction that could decipher Johnson's claims and find a cognizable claim for relief," even after she was provided multiple opportunities to clarify her allegations. *Id.* at 7–8; *see also* Dkt. Nos. 1; 7; 9. No objections were filed.

    Where no specific objections are filed within the 14-day period, the Court reviews the Magistrate Judge's findings, conclusions, and recommendations only for plain error. *See Serrano v. Customs & Border Patrol, U.S. Customs & Border Prot.*, 975 F.3d 488, 502 (5th Cir. 2020). The District Court has reviewed the FCR for plain error. Finding none, the Court accepts and adopts the FCR. The plaintiff's claims are dismissed for lack of subject-matter jurisdiction.

– 2 –

So ordered on March 12, 2024.

                                                                                             _____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE