UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | |
|---|---|
| CATHY LYNN JOHNSON,<br><br>　　Plaintiff,<br><br>v.<br><br>SHARLI POWER ROGERS,<br><br>　　Defendant. | No. 1:23-CV-216-H-BU |

# **FINAL JUDGMENT**

　　For the reasons stated in the Court's Order adopting the Magistrate Judge's findings, conclusions, and recommendation, Dkt. No. 13, it is hereby ORDERED, ADJUDGED, and DECREED that:

　　The plaintiff's claims against the defendant are dismissed.

　　The Clerk of Court is directed to close the case.

　　So ordered on March 12, 2024.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　JAMES WESLEY HENDRIX
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE